

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,606

### EX PARTE RICHARD NATHANIEL CATO, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 07CR1193 IN THE 405th DISTRICT COURT FROM GALVESTON COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and sentenced to 40 years' imprisonment. The Court of Appeals affirmed applicant's conviction.

Applicant contends that appellate counsel rendered ineffective assistance because counsel failed to advise applicant of his right to file a petition for discretionary review *pro se.* Appellate counsel filed an affidavit with the trial court and a copy of a letter that she sent to applicant after the court of appeals had affirmed applicant's conviction. These documents show that appellate counsel

did not advise applicant of his right to file a petition for discretionary review *pro se* as required by *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997). We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Court of Appeals in Cause No. 01-08-00613-CR that affirmed applicant's conviction in Case No. 07CR1193 from the 405th District Court of Galveston County. Applicant shall file a petition for discretionary review with this Court within 30 days of the date on which this Court's mandate issues.

Delivered: August 24, 2011
Do not publish